**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

**KAREN WILSON,**

    Plaintiff,

v.                                    Case No.  8:11-cv-2239-T-30TBM

**METROPOLITAN LIFE INSURANCE
COMPANY and BRIDGESTONE
AMERICAS, INC.,**

    Defendants.
_____/

**ORDER**

THIS CAUSE comes before the Court upon Defendant MetLife's Status Report and Unopposed Motion to Extend Stay to Complete Administrative Review (Dkt. 32).  The Court, having reviewed the motion and being otherwise advised in the premises, concludes the motion to extend the stay should be granted.

It is therefore ORDERED AND ADJUDGED that:

1. Defendant MetLife's Unopposed Motion to Extend Stay to Complete Administrative Review (Dkt. 32) is GRANTED.

2. This case is STAYED until fifteen (15) days from the date of MetLife's final determination on appeal.  The parties shall file a joint status report at that time advising the Court whether the matter has been resolved and the case should be dismissed or whether the case should proceed.

3. The Clerk shall ADMINISTRATIVELY CLOSE this case until the parties move to reopen the case by filing the joint status report as discussed herein.

**DONE** and **ORDERED** in Tampa, Florida on February 20, 2013.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel/Parties of Record

S:\Odd\2011\11-cv-2239.stay.frm